**Order entered August 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00402-CR

**GEORGIA LEE JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0971128-M**

## ORDER

We **GRANT** court reporter Debi Harris's August 19, 2013 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
JUSTICE